# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 14-04729 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this ___3rd____ day of September, 2014, it is **ORDERED** that Plaintiff John Doe's Motion for Permission to Proceed under a Pseudonym (ECF No. 2) is **DENIED.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: