**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SCOTT LEVINE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 14-4729 |
|     v. | : | |
| | : | |
| TEMPLE UNIVERSITY, | : | |
|     Defendant. | : | |

### ORDER

**AND NOW,** this __3RD____ day of ___November_____, 2014, it is **ORDERED** that Defendant Temple University's Motion to Dismiss Plaintiff Scott Levine's Complaint (ECF No. 15) is **DENIED AS MOOT** in light of Plaintiff's First Amended Complaint (ECF No. 16).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: