IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT LEVINE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 14-4729 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, | : | |
|     Defendant. | : | |

## **ORDER**

**AND NOW,** this __20th_ day of __May____, 2015, it is **ORDERED** that Defendant Temple University's Motion to Dismiss Plaintiff Scott Levine's First Amended Complaint (ECF No. 18) is **DENIED.** This denial is without prejudice to Temple University's right to raise the same issues identified in its Motion to Dismiss at a subsequent stage in the litigation.

                                                                   s/Anita B. Brody

                                              _____
                                              ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                      Copies **MAILED** on _____ to: